In the U.S. Dist. Court
Central Dist. of IL.
Peoria Div.

Samuel Span #R12605
    Plaintiff
    -vs-

Ofc. Jordan Pratt,
Ofc. Greenway,
Ofc. Fike, Ofc. Wilson
Ofc. DeLong And
Ofc.s John Doe'
    Defendants

Judge:

Case #.

SCANNED at PCC and E-Mailed
1/4/21 (date) by HZ (initials)
15 (# of pages)

Complaint under the civil rights Act,
Title 42 sec. 1983. 8th Amendment violation

Plaintiff, pro se, brings this complaint against named defendants, and John Does, for violation of his 8th Amendment right of the U.S. Constitution. Plaintiff states as follows:

1) On May 8th 2018 plaintiff was in his cell at Pontiac Correctional Center's mental health unit when defendants Wilson, Fike And Delong, (Correctional officers @ Pontiac C.C.) Approached plaintiffs cell And ordered him to "cuff up". Once plaintiff's hands were cuffed behind his back plaintiff then was ordered to get on his knees so his legs could be placed in shackles. Once plaintiff was secure in restraints defendants Wilson, Fike And Delong began to punch And kick plaintiff About the head, face And body. While defendants were beating on plaintiff they began to use "racial slurs" towards him. At one point plaintiff lost conscious just to be Awoken by defendants And beaten unconscious Again. Plaintiff Awoke some time later in his cell bloody bruised And had extreme chest pains And labored breathing from a fractured rib. Incident And Injuries were documented by mental health And medical staff. Also Incident was investigated by "outside" investigators from Springfield.

2) On 8-17-18 while on suicide watch status in the health care unit @ Pontiac c.c. Plaintiff was approached by tactical officers J. Pratt, Greenway and John Does. Plaintiff was ordered to come to cell door so he could be placed in hand cuffs and shackles, plaintiff complied. Once plaintiff was secured in restraints he was dragged to the back of his cell where defendants Pratt, Greenway and John Doe began to punch and kick him. After this initial beating plaintiff was then taken, by defendants, to the mental health unit were he was beaten again.
This incident and beating and injuries were documented by medical and mental health staff.

3) Defendants violated plaintiff's 8th Amend. rights to be free from cruel and unusual punishment

Relief Requested.

Plaintiff seeks compensation for damages, punitive and injunctive relief.

Plaintiff demands a jury trial.

Respectfully Submitted by

/s/ [signature]

Samuel Span #R12605
Pontiac Correctional Center

filed on 12-20-20