

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
TEL: 217.492.4020
FAX: 217.492.4028

**January 4, 2021**

Pontiac Correctional Center
Attn: Trust Fund Office
Re: Span v. Pratt et al
Case No.: 21-1001

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Samuel Span (R12605)**. In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Mr**. Samuel Span's trust fund ledgers for the period **of July 1, 2020 through January 4, 2021**, within fourteen days of the date of this letter. Please mail or fax the trust fund ledgers to:

> United States District Court
> Central District of Illinois
> 201 S. Vine Street
> Urbana, IL 61802
> FAX: 217-373-5834

Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

> Sincerely,
> s/ Shig Yasunaga
> Shig Yasunaga
> Clerk, U.S. District Court

cc: Inmate

---

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
(Temporarily relocated for mail and hearings to):
131 E. 4th Street, Rm 250
Davenport, IA 52801 309.793.5778